1  J.D. Zink, SBN 58726
2  **Zink & Lenzi**
3  250 Vallombrosa Avenue, Suite 175
   Chico, California 95926
4  Telephone:  (530) 895-1234
5  Facsimile:   (530) 895-1254

6  Attorney for Plaintiff

United States District Court

Eastern District of California

| Willaim Barker, | ) Case No. 2:25-cv-2137-DC-SCR |
|---|---|
| Plaintiff, | ) |
| vs. | ) **Notice of Motion and Motion to Withdraw as Counsel** |
| A-Z Logistics LLC | ) [East. Dist. L.R. 182(d)] |
| Defendants. | ) Date:  October 3, 2025 |
|  | ) Time:  1:30 p.m. |
|  | ) Room:  Courtroom 10, 13th Floor |
|  | ) Honorable Dena Coggins |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 28, 2014, before the Honorable Dena Coggins, in the United States District Court, Eastern District of California, plaintiff's counsel will move, and hereby does move, for leave to withdraw as counsel. The motion is based on this notice, the attached points and authorities, declaration of attorney JD Zink, and any other documents the Court feels relevant. **Counsel hereby certifies that he met and conferred with plaintiff before filing the motion and both agreed to his withdrawal. Unfortunately, Local Rule 182(d) requires a noticed motion if withdrawal will leave the plaintiff *in propria persona*. Ergo, even though meet and confer efforts were successful, this motion is required.**

## POINTS AND AUTHORITIES

Rule 182(d) of the Eastern District of California states that an attorney who has appeared may not withdraw, leaving the client in propria persona, without leave of court upon noticed motion and notice to the client and all other parties who have appeared. *Op.cit.* The attorney shall provide an affidavit stating the current (or last known) of the client and the efforts made to notify the client of the motion to withdraw. *Op.cit.* Here, the plaintiff has agreed to the withdraw of counsel. The case has only been recently filed, *i.e.*, August 5, 2025, and the complaint has yet to be served, so prejudice to the defendant will be minimal (if at all). Plaintiff was also given a complete copy of his file, including the scheduling and standing orders, and a copy of this motion, which he has signed. Plaintiff also provided his current address:

William Barker
1720 Creekside Drive
Folsom, CA 95630

Long story short, this is an amicable parting and plaintiff intends to substitute another counsel as soon as one can be found who handles cases of this nature.

**AFFIDAVIT**

Both plaintiff and his counsel declare under the penalty of perjury that the above address is current; and plaintiff was given a copy of this motion on the date he signed.

**NO ORAL ARGUMENT**

The parties wish to submit this motion for decision without oral argument.

DATED: August 26, 2025       Zink & Lenzi

/s/ JD Zink, Esq.       /
JD Zink

DATED: 8/27/2025       William L. Barker       /
William Barker
Plaintiff