UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A-Z LOGISTICS, LLC,<br><br>　　　　Defendant. | No. 2:25-cv-02137-DC-SCR<br><br><br>ORDER TO SHOW CAUSE |

　　　　Plaintiff is now proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). *See* ECF No. 13. The record reflects that more than 90 days have passed since the filing of this action and no return/proof of service is on file. Nor has the Defendant appeared. Accordingly, Plaintiff shall show cause why the action should not be dismissed for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).

**I.  Time Limit for Service**

　　　　Plaintiff filed this action on July 30, 2025. ECF No. 1. Summons issued on July 31, 2025. ECF No. 2. Federal Rule of Civil Procedure 4(l) states that "proof of service must be made to the court." Federal Rule of Civil Procedure 4(m) provides in relevant part: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant

or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." On August 27, 2025, Plaintiff's counsel filed a motion to withdraw. ECF No. 8. The motion stated the parting was "amicable" and that Plaintiff intended to obtain substitute counsel. *Id.* at 2. The motion was granted on November 25, 2025, and on December 29, 2025, Plaintiff filed a notice stating he would continue to prosecute the action pro se. ECF No. 12. The 90 days in which to effect service expired on October 28, 2025. Plaintiff has not a filed a return/proof of service, nor has Plaintiff submitted a motion for extension of time to complete service.

Accordingly**, IT IS HEREBY ORDERED** that:

1. Plaintiff shall show cause, in writing, **within 21 days** of the date of this Order, why this action should not be dismissed based on failure to effect service.
2. Plaintiff shall respond by filing either: 1) a brief, not to exceed 5 pages, explaining why he has not completed service, and demonstrating good cause for an extension of time; or 2) a return/proof of service as to Defendant A-Z Logistics LLC.
3. If Plaintiff fails to respond, the Court will recommend dismissal of the action.

SO ORDERED.

DATED: January 6, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2